**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**Office of the Clerk**
740 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE   PORTLAND, OREGON 97204-2902
(503) 326-8008

**DONALD M. CINNAMOND**   **CAMILE HICKMAN**
**Clerk of Court**   **Chief Deputy Clerk**

August 2, 2004

Multnomah County Circuit Court
Attn:  Sue D  Room 210
1021 SW 4th Ave
Portland, OR  97204

Dear Sue D.:

      **Subject:  Remand of Civil Case No. 04cv3002 HA**
                **State of Oregon,  ex rel Hardy Myers v. Portland General Electric**

    Pursuant to this Court's order of  08/02/04 remanding the above referenced case to your court, we are transmitting a certified copy of the order remanding and  a certified copy of the docket entries.  Please acknowledge receipt on the enclosed copy of this letter and return.  Thank you for your cooperation.

                Sincerely,

                DONALD M. CINNAMOND, CLERK

                /s/Patricia Hunt
                Patricia Hunt, Deputy Clerk

Enclosure
cc:    Counsel of Record
        File

      **RECEIPT IS ACKNOWLEDGED FOR THE DOCUMENTS DESCRIBED HEREIN**

Date of Receipt:_____
By:_____